UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In Re:                                                                                          BKY 13-42006 - Chapter 7

CARMEN RENE LUKASON,
ROBERT ALLEN LUKASON,

     Debtors

_____

## ORDER FOR RELIEF FROM STAY

     This case is before the court on the motion of Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3 by its servicer and attorney in fact, Carrington Mortgage Services, LLC, seeking relief from the automatic stay. Based on the motion and the file,

     IT IS ORDERED:  The automatic stay is modified to allow the movant, its successors and assigns, to foreclose the mortgage on the real property, in accordance with state law, commonly known as:

     Lot One (1), Block Two (2), Signal Hill 3rd Addition, Stearns County, Minnesota.

     Notwithstanding Fed. R. Bankr. P.4001(a)(3), this order is effective immediately.

Dated: June 13, 2013

                                                            /e/ Robert J. Kressel
                                                            United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/13/2013
Lori Vosejpka, Clerk, by LH